UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-256 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| STEVEN BRENDMOEN, | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 31 day of October, 2000.

[signature]
UNITED STATES MAGISTRATE JUDGE

OCT 31 2000
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____