UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-256 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN R. BRENDMOEN,<br>Defendant,<br>CO-OP CREDIT UNION OF MONTEVIDEO,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about February 28, 2001.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about March 22, 2001 In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $221.73.

On or about February 28, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

APR 17 2001

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on Co-Op Credit Union of Montevideo, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: 4/17/01

Magistrate Judge
United States District Court